HONORABLE ROBERT S. LASNIK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KELSEY MOOERS-PINKNEY, Individually<br><br>Plaintiff,<br><br>v.<br><br>BARD PERIPHERAL VASCULAR, INC., a foreign corporation.<br><br>Defendant. | No. 2:18-cv-00314-RSL<br><br>STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND DEADLINE FOR RESPONSIVE PLEADINGS |

## I.   STIPULATION

Pursuant to LCR 7(j), Defendant Bard Peripheral Vascular, Inc. and Plaintiff Kelsey Mooers-Pinkney (collectively "the Parties"), by and through their respective counsel, hereby stipulate and move this Court for an order extending the deadline for Defendants to file responsive pleadings under Fed. R. Civ. P. 81 until March 16, 2018.

**IT IS SO STIPULATED.**

Respectfully submitted this ___ day of March, 2018.

Respectfully submitted,

JACKSON LEWIS P.C.

By: *s/Michael Griffin*
Michael Griffin, WSBA #29103
Jackson Lewis P.C.
520 Pike Street, Suite 2300
Seattle, WA 98101

STIPULATION TO EXTEND DEADLINE TO FILE RESPONSIVE
PLEADINGS- 1
(CASE NO. 2:18-cv-00314)

Jackson Lewis P.C.
520 Pike Street, Suite 2300
Seattle, Washington 98101
(206) 405-0404

Telephone: 206-405-0404
Fax: 206-405-4450
michael.griffin@jacksonlewis.com
Attorney for Defendant

JACKSON LEWIS P.C.

By: *s/Sherry L. Talton*
Sherry L. Talton, WSBA #42780
Jackson Lewis P.C.
520 Pike Street, Suite 2300
Seattle, WA 98101
Telephone: 206-405-0404
Fax: 206-405-4450
Sherry.talton@jacksonlewis.com
Attorney for Defendant

-and-

OWEN | VANDERBRUG

By: *s/Vanessa M. Vanderbrug*
Vanessa M. Vanderbrug, WSBA #31688
Owen Vanderbrug
1001 4th Avenue, Suite 3200
Seattle, WA 98154
Telephone: 206-299-9328
Fax: 206-467-1400
Vanessa@OWENVANDERBRUG.COM
Attorney for Plaintiff

OWEN | VANDERBRUG

By: *s/James M. Owen*
James M. Owen, Jr. WSBA #29247
Owen Vanderbrug
1001 4th Avenue, Suite 3200
Seattle, WA 98154
Telephone: 206-299-9328
Fax: 206-467-1400
James@OWENVANDERBRUG.COM
Attorney for Plaintiff

STIPULATION TO EXTEND DEADLINE TO FILE RESPONSIVE
PLEADINGS- 2
(CASE NO. 2:18-cv-00314)

Jackson Lewis P.C.
520 Pike Street, Suite 2300
Seattle, Washington 98101
(206) 405-0404

# ORDER EXTENDING DEADLINE FOR RESPONSIVE PLEADINGS

This matter came regularly before the Court through the stipulation filed by the Parties above. The Court, having considered the stipulation and the facts described therein, finds good cause for a continuance and hereby ORDERS as follows:

1. Defendant may file its responsive pleadings on or before March 16, 2018.

**DONE IN OPEN COURT** this  6th  day of March, 2018.

*[signature]*

THE HONORABLE ROBERT S. LASNIK
UNITED STATES DISTRICT COURT JUDGE

STIPULATION TO EXTEND DEADLINE TO FILE RESPONSIVE
PLEADINGS- 3
(CASE NO. 2:18-cv-00314)

Jackson Lewis P.C.
520 Pike Street, Suite 2300
Seattle, Washington 98101
(206) 405-0404