HONORABLE ROBERT LASNIK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KELSEY MOOERS-PINKNEY, individually,<br><br>Plaintiff,<br><br>v.<br><br>BARD PERIPHERAL VASCULAR, INC., a foreign corporation,<br><br>Defendants. | No. 2:18-cv-00314<br><br>STIPULATION AND ORDER TO EXTEND DEADLINE FOR INITIAL DISCLOSURES |

## I. STIPULATION

Pursuant to LCR 7(j), Defendant Bard Peripheral Vascular, Inc. and Plaintiff Kelsey Mooers-Pinkney (collectively "the Parties"), by and through their respective counsel, hereby stipulate and move this Court for an order under LCR 7(j) extending the deadline for the parties' initial disclosures from April 4, 2018 until May 7, 2018 to accommodate scheduling conflicts of counsel. **IT IS SO STIPULATED**.

DATED this 3rd day of April, 2018.                DATED this 3rd day of April. 2018.

OWEN VANDERBRUG                                   JACKSON LEWIS P.C.
*s/James Owen*                                    *s/ Michael Griffin*
James Owen, WSBA #29247                           Michael Griffin, WSBA #29103
Vanessa Vanderbrug, WSBA #31688                   Sherry L. Talton, WSBA #42780
1001 Fourth Avenue, Suite 3200                    520 Pike Street, Suite 2300
Seattle, WA 98154                                 Seattle, WA 98101
james@owenvanderbrug.com                          michael.griffin@jacksonlewis.com
vanessa@owenvanderbrug.com                        Sherry.Talton@jacksonlewis.com
Attorneys for Plaintiff                           Attorneys for Defendant

STIPULATION AND ORDER TO EXTEND DEADLINE FOR INITIAL
DISCLOSURES- 1
(2:18-cv-00314)

# ORDER

Based upon the foregoing stipulation of the parties, it is hereby:

ORDERED that that the deadline for the parties' Initial Disclosures is extended until May 7, 2018.

DATED this 4th day of April, 2018.

*[signature]*
Robert S. Lasnik
United States District Judge

Presented by:
JACKSON LEWIS P.C.

By: *s/Michael Griffin*
Michael Griffin, WSBA #29103
Sherry L. Talton, WSBA #42780
520 Pike Street, Suite 2300
Seattle, WA 98101
206-405-0404
michael.griffin@jacksonlewis.com
Sherry.talton@jacksonlewis.com
Attorneys for Defendant

Approved as to form, notice of presentation waived
OWEN VANDERBRUG
s/James Owen
James Owen, WSBA #29247
Vanessa Vanderbrug, WSBA #31688
1001 Fourth Avenue, Suite 3200
Seattle, WA 98101
james@owenvanderbrug.com
vanessa@owenvanderbrug.com
Attorneys for Plaintiff
4842-8117-9488, v. 1

STIPULATION AND ORDER TO EXTEND DEADLINE FOR INITIAL DISCLOSURES- 2
(2:18-cv-00314)

**Jackson Lewis P.C.**
520 Pike Street, Suite 2300
Seattle, Washington 98101
(206) 405-0404