HONORABLE ROBERT LASNIK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| KELSEY MOOERS-PINKNEY, individually, | No. 2:18-cv-00314 |
| Plaintiff, | |
| v. | STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE |
| BARD PERIPHERAL VASCULAR, INC., a foreign corporation, | |
| Defendants. | |

## I. STIPULATION

Plaintiff Kelsey Mooers and Defendant, Bard Peripheral Vascular, Inc., by and through their respective counsel of record, hereby stipulate and jointly request that the Court enter the Proposed Order of Dismissal with Prejudice, including dismissal of all claims and causes of action with prejudice and without an award of costs or attorneys' fees to any party. **IT IS SO STIPULATED.**

DATED this \_\_\_ day of March, 2018.

OWEN VANDERBRUG

_____
James Owen, WSBA #29247
Vanessa Vanderbrug, WSBA #31688
1001 Fourth Avenue, Suite 3200
Seattle, WA 98154
james@owenvanderbrug.com
vanessa@owenvanderbrug.com

DATED this day of March, 2018.

JACKSON LEWIS P.C.

_____
Michael Griffin, WSBA #29103
Sherry L. Talton, WSBA #42780
520 Pike Street, Suite 2300
Seattle, WA 98101
michael.griffin@jacksonlewis.com
Sherry.Talton@jacksonlewis.com

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE- 1
(2:18-cv-00314)

| Attorneys for Plaintiff | Attorneys for Defendant |
|---|---|

## ORDER

Based upon the stipulation of the parties, it is hereby:

ORDERED that the above-captioned lawsuit, including all claims and causes of action brought by Plaintiff be dismissed with prejudice and without an award of costs or attorney's fees to any party.

DATED this 22nd day of August, 2018.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

Presented by:
JACKSON LEWIS P.C.

By: _____
Michael Griffin, WSBA #29103
Sherry L. Talton, WSBA #42780
520 Pike Street, Suite 2300
Seattle, WA 98101
206-405-0404
michael.griffin@jacksonlewis.com
Sherry.talton@jacksonlewis.com
Attorneys for Defendant


Approved as to form, notice of presentation waived
OWEN VANDERBRUG

_____
James Owen, WSBA #29247
Vanessa Vanderbrug, WSBA #31688
1001 Fourth Avenue, Suite 3200
Seattle, WA 98101
james@owenvanderbrug.com
vanessa@owenvanderbrug.com
Attorneys for Plaintiff
4835-7604-6701, v. 2

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE- 2
(2:18-cv-00314)

Jackson Lewis P.C.
520 Pike Street, Suite 2300
Seattle, Washington 98101
(206) 405-0404